UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
|             Plaintiff,                              ) | |
|                                                           ) | |
| v.                                                     ) | CASE NO.   SA-18-CV-764 |
|                                                           ) | |
| RINALDO JUAN GONZALEZ,       ) | |
|             Defendant.                           ) | |

## COMPLAINT

The plaintiff, United States of America, alleges as follows:

## PARTIES

1. Plaintiff is the United States of America.

2. Defendant Rinaldo Juan Gonzalez is an individual residing within the jurisdiction of this Court.

## JURISDICTION

3. This court has jurisdiction pursuant to 28 U.S.C. § 1345.

## FACTS

4. In 1991, 20 U.S.C. § 1091a[1] abolished the statute of limitations on all student loan debts and revived any student loan claims which had been previously barred by the statute of limitations.

---

[1] 20 U.S.C. § 1091a states in relevant part:

(a) In general

**(1)** It is the purpose of this subsection to ensure that obligations to repay loans and grant overpayments are enforced without regard to any Federal or State statutory, regulatory, or administrative limitation on the period within which debts may be enforced.

**(2)** Notwithstanding any other provision of statute, regulation, or administrative limitation, no limitation shall terminate the period within which suit may be filed, a judgment may be enforced, or an offset, garnishment, or other action initiated or taken by…

5. The defendant for value received, executed and delivered one promissory note to secure a loan under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. §1071 et.seq. (34 C.F.R. Part 682). The defendant subsequently defaulted on the note. The transaction is more particularly set out in the Certificate of Indebtedness and accompanying note attached hereto as **Exhibit 1** and incorporated as if set forth fully herein.

6. The promissory note was assigned to the United States.

7. The United States is the owner and holder of the promissory note. The Defendant has failed to pay said note according to the terms thereof. Pursuant to the note's terms, the United States declared the entire amount of indebtedness evidenced by the note immediately due and payable.

8. Accordingly, Defendant owes a debt to the United States in the amount of $118,282.34 (representing $56,649.67 in principal and interest of $61,632.67 through April 18, 2018) as more fully set forth on the Certificate of Indebtedness attached hereto as **Exhibit 1**. Defendant also owes additional pre-judgment interest, as it continues to accrue at the rate of $13.96 per day from April 19, 2018 until judgment is entered herein. Plaintiff is further entitled to interest thereafter at the post judgment rate as provided by law until the judgment is paid in full.

WHEREFORE, plaintiff prays for judgment against defendant:

1. In the amount of $118,282.34 (representing $56,649.67 in principal and interest of $61,632.67 through April 18, 2018) as more fully set forth on the Certificate of Indebtedness attached hereto as **Exhibit 1**;

2. Pre-judgment interest from the date of the Certificate of Indebtedness until date of judgment at the rate of $13.96 per day from April 19, 2018 until judgment is entered;

3. Interest thereafter at the post judgment rate as provided by law until the judgment is paid in full;

4. For its costs and attorney's fees incurred herein; and

5. For such other relief as the Court deems just.

    Respectfully submitted,

    JOHN F. BASH
    UNITED STATES ATTORNEY

By: */s/ Steven E. Seward*
**STEVEN E. SEWARD**
Assistant United States Attorney
Florida Bar No. 29546
601 N.W. Loop 410, Suite 600
San Antonio, Texas  78216
T: (210) 384-7259
F:  (210) 384-7247
E-mail: Steven.Seward@usdoj.gov

**ATTORNEY FOR UNITED STATES**

## U. S. DEPARTMENT OF EDUCATION
### SAN FRANCISCO, CALIFORNIA

### CERTIFICATE OF INDEBTEDNESS #1 OF 1

RINALDO J GONZALEZ
AKA R J GONZALEZ
AKA RINALDO JUAN GONZALEZ

SAN ANTONIO, TX 78230
Account No.XXXXX2425

I certify that U.S. Department of Education records show that the BORROWER named above is indebted to the United States in the amount stated below plus additional interest from 04/18/18.

On or about 10/15/93 & 04/05/94, the BORROWER executed a promissory note to secure a Federal Family Education Loan Program Consolidation loan from STUDENT LOAN MARKETING ASSOC, MERRIFIELD, VA. This loan was disbursed for $51,132.66 on 04/14/94 at 9.0 % interest per annum. The loan obligation was guaranteed by UNITED STUDENT AID FUNDS, INC., and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 C.F.R. Part 682). The holder demanded payment according to the terms of the note, and credited $149.16 to the outstanding principal owed on the loan. The BORROWER defaulted on the obligation on 03/16/06, and the holder filed a claim on the loan guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $56,649.67 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. Pursuant to 34 C.F.R. § 682.410(b)(4), once the guarantor pays on a default claim, the entire amount paid becomes due to the guarantor as principal. The guarantor attempted to collect this debt from the BORROWER. The guarantor was unable to collect the full amount due, and on 08/19/11, assigned its right and title to the loan to the Department.

Since assignment of the loan, the Department has credited a total of $0.00 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the BORROWER now owes the United States the following:

| | |
|---|---|
| Principal: | $56,649.67 |
| Interest: | $61,632.67 |
| Total debt as of 04/18/18: | $118,282.34 |

Interest accrues on the principal shown here at the rate of $13.96 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 5-17-18

Loan Analyst
Litigation Support Unit

**Phillippe Guillon**
**Loan Analyst**

EXHIBIT A

The SMART LOAN® Account

STUDENT LOAN MARKETING ASSOCIATION
SMART LOAN Originations Center
P.O. Box 1304
Merrifield, Virginia 22116-1304

C.U.S.   OCT 21 1993

8A. _____

## Application/Promissory Note

(Failure to complete all information will result in processing delays.)

### Section I: Personal Information

1. LAST NAME: Gonzalez   FIRST NAME: Rinaldo   MIDDLE INITIAL: Juan   1A. N/A   4. _____
2. _____   2425
3. San Antonio   TX   78230   3. __66__   4A. GRADUATION DATE: May, 1993
4. _____   TX

6. LAST NAME: Gonzalez   FIRST NAME: Rinaldo   MIDDLE INITIAL: Jose
7. LAST NAME: Goldhirsh   FIRST NAME: Louis   MIDDLE INITIAL: D.

My Employer is:
5. Thornton Summers, Biechlin, Dunham & Brown

San Antonio, TX   78216
San Antonio, TX   78230   1430
San Antonio, TX   78230   4518

### Section II: Student Loan Information (Please read instructions carefully.)

| 8. NAME AND ADDRESS OF CREDITOR | 9. CONSOL. Y/N | 10. TYPE OF LOAN | 11. INT RATE | 12. DATE OF DISB | 13. ACCOUNT NUMBER | 14. EST CURRENT BALANCE |
|---|---|---|---|---|---|---|
| 1. Sallie Mae - TX  P.O. Box 13109 Killeen, TX 76547-2109 | ✓ | SLS |  | 9/6/89 | 451-57-24 25-1 | $965.00 |
| 2. (Same) | ✓ | Stafford | 8/10% | 8/30/89 | (Same) | $5,975.00 |
| 3. (Same) | ✓ | Stafford | 8/10% | 1/15/91 | (Same) | $3,750.00 |
| 4. (Same) | ✓ | SLS |  | 11/4/91 | (Same) | $4,430.00 |
| 5. (Same) | ✓ | SLS |  | 8/25/92 | (Same) | $4,121.00 |
| 6. (Please see attached for #'s 6-12) |  |  |  |  |  |  |

### Section III: REPAYMENT OPTIONS/Combined Payment Plan

All Borrowers: Check One

15. ☐ I choose the MAX-2 OPTION with two years of interest-only payments.
    ☐ I choose the MAX-4 OPTION with four years of interest-only payments.
    ☒ I choose a LEVEL PAYMENT PLAN

HEAL Borrowers Only:
16. ☐ Yes, I am applying for a Combined Payment Plan. Please include in this plan HEAL loans listed above which are owned by Sallie Mae.

### Section IV: General Information (Please read and sign in both places indicated.)

17. PROMISE TO PAY ...

APPLICANT CERTIFICATION ...

CRIMINAL PENALTIES
WARNING: ...

18. APPLICANT SIGNATURE
    X [signature]         DATE 10/15/93

PERMISSION TO VERIFY LOAN BALANCES
...

19. APPLICANT SIGNATURE
    X [signature]         DATE 10/15/93         425

MAE COPY

EXHIBIT A

EXHIBIT A



APR 12 1994

The SMART LOAN® Account

## PROMISSORY NOTE ADDENDUM

DATE: 03/22/94

RINALDO J. GONZALEZ
SAN ANTONIO, TX 78230

████2425

Dear SMART LOAN Applicant(s):

At the time you applied for your Sallie Mae SMART LOAN Account, we promised to contact you if the total balances on the loans that you selected for consolidation, after verification from your lenders, differed by $1000 or more from what you estimated the balances to be. In your case, the payoff balances reported by your current lenders totalled $51,132.66.

The payoff figure represents the beginning principal balance of your SMART LOAN Account. Please keep in mind, the payoffs we have acquired on your loans are time sensitive and may need to be updated prior to disbursing payment to your lenders. We will contact you prior to disbursement only if, as a result of payoff updates obtained from your current lenders, the total balance of the loans you selected for consolidation should increase $250 or more from the beginning principal balance shown on this addendum. We require your signature to complete the processing of your SMART LOAN application.

If you have any questions, please contact us at 1-800-522-1245. Failure to contact us, or to return this letter immediately, will cause processing delays and could result in the termination of your application. We thank you again for your interest in the SMART LOAN program and we look forward to hearing from you soon.

Borrower Services
Loan Consolidation Center

The beginning principal balance of my/our SMART LOAN ACCOUNT will be $51,132.66, or, an amount not to exceed this figure by more than $250. I/WE hereby acknowledge and agree that my/our application for a SMART LOAN ACCOUNT remains unchanged except for this modification to the amount of the loan. I/WE authorize Sallie Mae to proceed with processing my/our SMART LOAN application.

_____
Applicant Signature

4/5/94
_____
Date

SMART LOAN ® is a registered service mark of the Student Loan Marketing Association

RETURN TO SALLIE MAE

SM2P

EXHIBIT A

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ❏ 1 U.S. Government Plaintiff
- ❏ 2 U.S. Government Defendant
- ❏ 3 Federal Question *(U.S. Government Not a Party)*
- ❏ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❏ 1 | ❏ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated *and* Principal Place of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❏ 625 Drug Related Seizure of Property 21 USC 881 | ❏ 422 Appeal 28 USC 158 | ❏ 375 False Claims Act |
| ❏ 120 Marine | ❏ 310 Airplane | ❏ 365 Personal Injury - Product Liability | ❏ 690 Other | ❏ 423 Withdrawal 28 USC 157 | ❏ 400 State Reapportionment |
| ❏ 130 Miller Act | ❏ 315 Airplane Product Liability | ❏ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ❏ 410 Antitrust |
| ❏ 140 Negotiable Instrument | ❏ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ❏ 430 Banks and Banking |
| ❏ 150 Recovery of Overpayment & Enforcement of Judgment | ❏ 330 Federal Employers' Liability | | | ❏ 820 Copyrights | ❏ 450 Commerce |
| ❏ 151 Medicare Act | ❏ 340 Marine | ❏ 368 Asbestos Personal Injury Product Liability | | ❏ 830 Patent | ❏ 460 Deportation |
| ❏ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ❏ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ❏ 840 Trademark | ❏ 470 Racketeer Influenced and Corrupt Organizations |
| ❏ 153 Recovery of Overpayment of Veteran's Benefits | ❏ 350 Motor Vehicle | ❏ 370 Other Fraud | ❏ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ❏ 480 Consumer Credit |
| ❏ 160 Stockholders' Suits | ❏ 355 Motor Vehicle Product Liability | ❏ 371 Truth in Lending | ❏ 720 Labor/Management Relations | ❏ 861 HIA (1395ff) | ❏ 490 Cable/Sat TV |
| ❏ 190 Other Contract | ❏ 360 Other Personal Injury | ❏ 380 Other Personal Property Damage | ❏ 740 Railway Labor Act | ❏ 862 Black Lung (923) | ❏ 850 Securities/Commodities/ Exchange |
| ❏ 195 Contract Product Liability | ❏ 362 Personal Injury - Medical Malpractice | ❏ 385 Property Damage Product Liability | ❏ 751 Family and Medical Leave Act | ❏ 863 DIWC/DIWW (405(g)) | ❏ 890 Other Statutory Actions |
| ❏ 196 Franchise | | | ❏ 790 Other Labor Litigation | ❏ 864 SSID Title XVI | ❏ 891 Agricultural Acts |
| | | | ❏ 791 Employee Retirement Income Security Act | ❏ 865 RSI (405(g)) | ❏ 893 Environmental Matters |
| | | | | | ❏ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ❏ 896 Arbitration |
| ❏ 210 Land Condemnation | ❏ 440 Other Civil Rights | **Habeas Corpus:** | | ❏ 870 Taxes (U.S. Plaintiff or Defendant) | ❏ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ❏ 220 Foreclosure | ❏ 441 Voting | ❏ 463 Alien Detainee | | ❏ 871 IRS—Third Party 26 USC 7609 | ❏ 950 Constitutionality of State Statutes |
| ❏ 230 Rent Lease & Ejectment | ❏ 442 Employment | ❏ 510 Motions to Vacate Sentence | | | |
| ❏ 240 Torts to Land | ❏ 443 Housing/ Accommodations | ❏ 530 General | | | |
| ❏ 245 Tort Product Liability | ❏ 445 Amer. w/Disabilities - Employment | ❏ 535 Death Penalty | **IMMIGRATION** | | |
| ❏ 290 All Other Real Property | ❏ 446 Amer. w/Disabilities - Other | **Other:** | ❏ 462 Naturalization Application | | |
| | ❏ 448 Education | ❏ 540 Mandamus & Other | ❏ 465 Other Immigration Actions | | |
| | | ❏ 550 Civil Rights | | | |
| | | ❏ 555 Prison Condition | | | |
| | | ❏ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ❏ 1 Original Proceeding
- ❏ 2 Removed from State Court
- ❏ 3 Remanded from Appellate Court
- ❏ 4 Reinstated or Reopened
- ❏ 5 Transferred from Another District *(specify)*
- ❏ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

❏ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ❏ Yes ❏ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____